**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

April 6, 2010

Clerk, U.S. Bankruptcy Court

RE: Corey S. & Angela K. Evans
    Bankruptcy Case No. 5-05-50490
    Unclaimed Funds For: Bank of New York
                      3415 Vision Drive
                        Columbus OH 43219-6009

Dear Clerk:

    Enclosed herewith please find check No.769896 for $4,947.81 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                  Very truly yours,

                                  Carol A. Kreider
                                  Funds Manager